AO 450(Rev. 5/85)Judgment in a Civil Case



# United States District Court
## Northern District of Illinois
### Eastern Division

Frayne                    **JUDGMENT IN A CIVIL CASE**

v.                         Case Number: 08 C 5290

Chicago 2016

☐    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■    Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Pursuant to Rule 54(b), the Court enters final judgment in favor of defendants and against plaintiff on Counts 6 through 9 of plaintiff's complaint.

Michael W. Dobbins, Clerk of Court

Date: 11/10/2009

/s/ Olga Rouse, Deputy Clerk